**Douglas F. Cushnie**
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **KOUICHI TANIGUCHI,** | ) | **CIVIL ACTION NO. 08- 0008** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S CASE** |
| | ) | **MANAGEMENT STATEMENT** |
| **KAN PACIFIC SAIPAN, LTD.,** | ) | |
| dba Mariana Resort and Spa, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Comes now Kouichi Taniguchi, plaintiff herein, pursuant to Rule 16(b) F.R.C.P. and LR16.2CJe.2., and files this his Case Management Statement.

    a. <u>Service Of Process On Parties Not Yet Served</u>.

        Named defendant has been served.

    b. <u>Jurisdiction And Venue</u>.

        There are no issues regarding jurisdiction or venue.

    c. <u>Anticipated Motions</u>.

        Plaintiff expects to file pretrial motions dispositive of liability.

    d. <u>Appropriateness of Special Procedures</u>.

        Plaintiff is not aware of any special procedures required.

    e. <u>Modification of Standard Procedures</u>.

        Modification of standard procedures is not necessary.

    f. <u>Settlement Prospects</u>.

1 | Plaintiff attempted to resolve this case prior to filing suit but was not
2 | successful. Current settlement prospects are not known.
3 | g. <u>Other Matters</u>.
4 | Plaintiff believes a standard track assignment is appropriate. The plaintiff is
5 | Japanese as are some witnesses, thus document translation and oral
6 | interpretation will be required at times.
7 | Dated this 16th day of March, 2008.

        DOUGLAS F. CUSHNIE
        Attorney for Plaintiff

        /s/
        DOUGLAS F. CUSHNIE   F 108