Richard W. Pierce, Esq.
Richard W. Pierce Law Office, LLC
P.O. Box 503514 CK
Saipan MP 96950-3514
Tel: 670/235-3425; Fax: 670/235-3427

Tim Roberts, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222; Fax: (671) 646-1223

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KOICHI TANIGUCHI | ) CIVIL ACTION NO. 08-0008 |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S** |
| | ) **INITIAL** |
| KAN PACIFIC SAIPAN, LTD. dba | ) **DISCLOSURES** |
| Mariana Resort and Spa | ) |
| Defendant. | ) |

Comes now Defendant KAN PACIFIC SAIPAN, LTD. dba Mariana Resort and Spa, pursuant to Rule 269(a) F.R.C.P. and LR 16.2CJ d, and files these Initial Disclosures:

1.  Persons Likely To Have Discoverable Information.

Defendant expects to be able to supplement these disclosures by the time of the Case Management Conference:

    a.  Yoshihiro Kitami, President, Mariana Resort & Spa; knowledge of Plaintiff's alleged claims, Plaintiff's numerous trips to Saipan after his alleged injury.

Defendant's Initial Disclosure
*Koichi Taniguchi vs Kan Pacific Saipan LTD.*
Civil Action No. 08-0008
Page 2 of 3

    b. Mamoru Watanabe, Manager, Mariana Resort and Spa; knowledge of Plaintiff's alleged claims; Plaintiff's numerous trips to Saipan after his alleged injury.

    c. Hisato Endo; circumstances surrounding the execution of the contracts Plaintiff claims he could not perform under; actual payments made to Plaintiff before and after Plaintiff's alleged injury; circumstances surrounding the corporate existence, function and legitimacy of the Kyowa group companies.

    d. Jun Kitaoka; knowledge of Plaintiff's alleged claims; Plaintiff's numerous trips to Saipan after his alleged injury circumstances of the injury.

    e. Chifuyu Arai, MD; diagnosis, prognosis, treatment of plaintiff's injury.

        Park Hospital, 1086 Sendano, Shiraoka, Saitama, Japan.

    f. Miki Ordonez, Spa Manager.

    g. Hajime Suzuki.

2. <u>Documents Defendant May Use To Support It's Claims.</u>

Documents reflecting Plaintiff's activities in Saipan after his alleged injury.

3. <u>Insurance Policy.</u>

Defendant's insurance policy has been sent to Plaintiff's attorney via DHL courier.

Dated this 17th day of March, 2008.

Defendant's Initial Disclosure
*Koichi Taniguchi vs Kan Pacific Saipan LTD.*
Civil Action No. 08-0008
Page 3 of 3

RICHARD W. PIERCE LAW OFFICE, LLC

Dated: _____     By: _____
                               **RICHARD PIERCE**


DOOLEY ROBERTS & FOWLER LLP

Dated: 3/17/08              By: _____
                               **TIM ROBERTS**

Attorneys for Defendant KAN PACIFIC SAIPAN, LTD. dba Mariana Resort and Spa.