F I L E D
Clerk
District Court

MAR 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

KOICHI TANIGUCHI,

        Plaintiff,

        vs.

KAN PACIFIC SAIPAN, LTD., dba
Mariana Resort and Spa,

        Defendants.

Civil Action No. 08-0008

<u>Order Rescheduling Case
Management
Conference</u>

Douglas F. Cushnie
Attorney at Law
P.O. Box 500949
Saipan, MP 96950

Richard W. Pierce
Attorney at Law
P.O. Box 503514
Saipan, MP 96950

    The Case Management Conference scheduled for Friday, March 21, 2008, is rescheduled to Wednesday, April 9, 2008, at 9:00 a.m.

    IT IS SO ORDERED.

    DATED this 21st day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)