```
                                                              F I L E D
                                                                Clerk
                                                            District Court

                                                            APR -- 2008
            UNITED STATES DISTRICT COURT
                     FOR THE                            For The Northern Mariana Islands
            NORTHERN MARIANA ISLANDS                    By_____
                                                                (Deputy Clerk)
```

| | |
|---|---|
| KOICHI TANIGUCHI, | Civil Action No. 08-0008 |
| Plaintiff, | |
| vs. | Case Management Scheduling Order |
| KAN PACIFIC SAIPAN, LTD, dba Mariana Resort and Spa | |
| Defendant. | |

Douglas F. Cushine  
Attorney at Law  
P.O. Box 500949  
Saipan, MP 96950

Richard W. Pierce  
Attorney at Law  
P.O. Box 503514  
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on April 9, 2008. As a result of the conference,

IT IS ORDERED THAT:

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

1. All parties are to be joined on or before July 1, 2008.

2. All motions to amend pleadings shall be filed on or before July 1, 2008.

3. All fact discovery shall be served by September 1, 2008.

4. All discovery motions shall be filed so as to be heard on or before October 23, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - August 1, 2008.

6. Defendant and third-party defendant expert disclosure - September 1, 2008.

7. Plaintiff's rebuttal expert disclosure - October 1, 2008.

8. Defendant's rebuttal expert disclosure - October 15, 2008.

9. Expert discovery shall be completed by October 31, 2008.

10. A status conference will be held on September 26, 2008, at 9:00 a.m.

11. All dispositive motions shall be heard on or before December 4, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

12. A settlement conference will be held on December 19, 2008, at 9:30 a.m.

13. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by January 9, 2009.

AO 72
(Rev. 08/82)

14. A final pretrial conference will be held on January 16, 2009, at 9:00 a.m.

15. The trial in this case shall begin on March 2, 2009, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 9th day of April, 2008, Garapan, Saipan, CNMI.



JUDGE ALEX R. MUNSON