Law Office of Richard W. Pierce
2nd Floor Alexander Building
P.O. Box 503514 C.K.
Saipan, Northern Marianas Islands 96950
Telephone No. (670) 235-3425
Facsimile No. (670) 235-3427
Email: rwpierce@saipan.com

Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Email: roberts@guamlawoffice.com

Attorneys for Defendant
Kan Pacific Saipan, Ltd.
dba Mariana Resort and Spa

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KOICHI TANIGUCHI, | ) CIVIL CASE NO. 08-00008 |
| Plaintiff, | ) NOTICE OF MOTION AND MOTION TO ) COMPEL |
| vs. | ) |
| KAN PACIFIC SAIPAN, LTD. dba Mariana Resort and Spa, | ) |
| Defendant. | ) |

Please take notice that on _____, 2008, at the hour of _____ __.m., defendant Kan Pacific Saipan, Ltd. shall move pursuant to FRCP 37(a)(1) for an order compelling plaintiff Koichi Taniguchi to respond to a Request for Production, as more fully described in the accompanying Declaration of Tim Roberts. This motion is based upon this notice of motion and motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration

of Tim Roberts, all documents and pleadings on file in this action, and such further argument or evidence as may be presented at the hearing on this motion.

DOOLEY ROBERTS & FOWLER LLP

Date: 7·2·8          By: _____
                         **TIM ROBERTS, ESQ.**
                         Attorneys for Defendant Kan Pacific Saipan,
                         Ltd. dba Mariana Resort and Spa