Law Office of Richard W. Pierce
2nd Floor Alexander Building
P.O. Box 503514 C.K.
Saipan, Northern Marianas Islands 96950
Telephone No. (670) 235-3425
Facsimile No. (670) 235-3427
Email: rwpierce@saipan.com

Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Email: roberts@guamlawoffice.com

Attorneys for Defendant
Kan Pacific Saipan, Ltd.
dba Mariana Resort and Spa

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KOICHI TANIGUCHI, | ) CIVIL CASE NO. 08-00008 |
| Plaintiff, | ) CERTIFICATION OF COMPLIANCE ) WITH LR 26.10 |
| vs. | ) |
| KAN PACIFIC SAIPAN, LTD. dba Mariana Resort and Spa, | ) |
| Defendant. | ) |

I, Tim Roberts, Esq., hereby certify that to the best of my knowledge and belief, I have complied with LR 26.10 in filing the accompanying motion to compel discovery.

Respectfully submitted,

DOOLEY ROBERTS & FOWLER LLP

Date: 7/2/08            By: /s/ Tim Roberts
                        **TIM ROBERTS, ESQ.**
                        Attorneys for Defendant Kan Pacific Saipan, Ltd.
                        dba Mariana Resort and Spa