```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              JUL 1 6 2008
```

Douglas F. Cushnie
P.O. Box 500949                     For The Northern Mariana Islands
Saipan MP 96950                     By_____
Telephone: (670) 595-2432                        (Deputy Clerk)
Facsimile: (670) 595-9723
E mail: abogados@pticom.com

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| KOICHI TANIGUCHI, | ) | CIVIL ACTION NO. 08-0008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S |
| vs. | ) | RESPONSE TO MOTION TO |
| | ) | COMPEL PRODUCTION OF |
| | ) | DOCUMENTS |
| KAN PACIFIC SAIPAN, LTD., | ) | |
| dba Marianas Resort and Spa, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff acknowledges that his response to defendant's request for production of documents was not timely served. Plaintiff has now served his response by e mail attachment to counsel for defendant.

The reason for the lack of timely response is due to communication and translation difficulties with plaintiff who is a citizen of Japan, resides in Japan and speaks and reads very little English. All documents must be translated English/Japanese and Japanese/English. Regrettably, this has taken more time than originally anticipated.

1

Defendant has commented upon what it contends are insufficient responses to interrogatories served. Plaintiff has replied to those comments and if further issues exist they will hopefully be able to be resolved without court assistance.

Dated this 15th day of July, 2008.

                              Respectfully Submitted,

                              DOUGLAS F. CUSHNIE
                              Attorney for Plaintiff

                              _____/s/_____
                              DOUGLAS F. CUSHNIE   F1082