# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0008                                                August 28, 2008
                                                          8:30 a.m.

### KOUICHI TANIGUCHI -v- KAN PACIFIC SAIPAN, LTD.

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Abigail Robinson. Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Douglas Cushnie, Attorney for Plaintiff
            Tim Roberts, Attorney for Defendant
            Richard Pierce, Attorney for Defendant

PROCEEDINGS:   MOTION TO COMPEL

Attorney Douglas Cushnie was present on behalf of Plaintiff. Defendants were represented by Attorneys Richard Pierce and Tim Roberts.

Attorney Tim Roberts argued the motion. Attorney Roberts argued.

Court, after hearing all argument, GRANTED the defendant's motion and ordered that all documents be produced by September 15, 2008. A written order will be forthcoming.

                                               Adjourned 8:40 a.m.


                                               /s/K. Lynn Lemieux, Courtroom Deputy