F I L E D
Clerk
District Court

AUG 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

KOICHI TANIGUCHI,

    Plaintiff,

v.

KAN PACIFIC SAIPAN, LTD., dba
MARIANA RESORT AND SPA,

    Defendant.

Civil Case No. 08-0008

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

    THIS MATTER came before the Court on Thursday, August 28, 2008 at 8:30 am, for hearing of Defendant Kan Pacific Saipan, Ltd.'s motion to compel production of documents pursuant to Federal Rule of Civil Procedure 37(a). Defendant appeared through its attorneys Richard W. Pierce and Tim Roberts. Plaintiff appeared through his attorney Douglas F. Cushnie. Defendant seeks documents that were formally requested in April of 2008. Some of those documents have not been produced to this date. Having carefully reviewed the parties' briefs and the relevant legal authority, and having had the benefit of oral argument and good cause appearing, the Court hereby GRANTS the motion and all documents shall be produced without objection by September 15, 2008.

**IT IS SO ORDERED.**

Dated:    August 28, 2008

                                                            /s/ Alex R. Munson
                                                            ALEX R. MUNSON
                                                            UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)