Richard W. Pierce Law Office, LLC
P.O. Box 503514 CK
Saipan MP 96950-3514
Tel: 670/235-3425; Fax: 670/235-3427

Tim Roberts, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222; Fax: (671) 646-1223

Attorneys for Defendant KAN PACIFIC SAIPAN, LTD. dba Mariana Resort and Spa

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KOICHI TANIGUCHI | ) CIVIL ACTION NO. 08-0008 |
| Plaintiff, | ) |
| vs. | ) **EMERGENCY MOTION UNDER LOCAL RULE 7.1.H.3(B) FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S AMENDED MOTION TO EXTEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE AND TO EXTEND CERTAIN OTHER DEADLINES** |
| KAN PACIFIC SAIPAN, LTD. dba Mariana Resort and Spa | |
| Defendant. | |

On August 27, 2008, Defendant filed a motion to Extend Defendant's Expert Disclosure Deadline and to Extend Certain Discovery Deadlines. September 1, 2008 is the first deadline that needs extension. As shown in the amended moving papers, the extensions are needed because of a delay from Plaintiff in providing discovery.

Defendant has conferred with Plaintiff about granting the extension requested in the original motion and will continue to confer with Plaintiff. A copy of the amended motion was sent by facsimile to Plaintiff at about 10:30 a.m. this date.

Defendant has not made any other motions for an order shortening time.

Certificate Pursuant to Local Rule 7.1.h.3(b)

1(a).   Attorney for Plaintiff

Law Offices of Douglas F. Cushnie

(670) 234-6843

(670) 234-9723 (facsimile)

1(b).   Attorneys for Defendant

Information on first page of motion.

2.   The nature of the emergency is the need to shorten time on the motion to alter time deadlines in the case management order of April 9, 2008, and to keep the case on track for a March 2009 trial.

3.   Counsel for Defendant was served with a copy of the initial motion on August 27, 2008 and with a draft copy of the amended motion by facsimile at about 10:30 a.m. this date. He was in court at the time of a telephone call, and a message was left with his staff to call counsel for defendant.

In a court hearing on August 27, 2008, counsel briefly conferred with counsel for Plaintiff about the extended dates in the initial motion, and counsel for Plaintiff indicated that he had not had the opportunity to study the request.

Wherefore, Defendant's request that the accompanying Amended Motion to Extend Defendant's Expert Disclosure Deadline and to Extend Certain Other Deadlines be heard on shortened time in order that the Defendant can adequately prepare for trial of this matter.

|  |  | RICHARD W. PIERCE LAW OFFICE, LLC |
|---|---|---|
| Dated: August 28, 2008 | By: | /s/ Richard Pierce<br>**RICHARD PIERCE** |

DOOLEY ROBERTS & FOWLER LLP

| Dated: August 28, 2008 | By: | /s/<br>**TIM ROBERTS** |
|---|---|---|

Attorneys for Defendant