FILED
Clerk
District Court

AUG 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

KOICHI TANIGUCHI,

        Plaintiff,

v.

KAN PACIFIC SAIPAN, LTD., dba
MARIANA RESORT AND SPA,

        Defendant.

Civil Case No. 08-0008

ORDER GRANTING DEFENDANT'S EMERGENCY MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S AMENDED MOTION TO EXTEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE AND TO EXTEND CERTAIN OTHER DEADLINES

    Now before the Court is Defendant Kan Pacific Saipan, Ltd.'s Emergency Motion For Order Shortening Time to Hear Defendant's Amended Motion to Extend Defendant's Expert Disclosure Deadline and to Extend Certain Other Deadlines. The Court finds good cause appearing and GRANTS the motion. The Amended Motion to Extend Deadlines shall be heard on August 29, 2008 at 9:00 am.

**IT IS SO ORDERED.**

Dated:      August 28, 2008

                                                  ALEX R. MUNSON
                                                  UNITED STATES DISTRICT JUDGE