# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-08-0008                                                                August 29, 2008
                                                                          8:55 a.m.

### KOUICHI TANIGUCHI -v- KAN PACIFIC SAIPAN, LTD.

PRESENT:     Hon. Alex R. Munson, Chief Judge
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Douglas Cushnie, Attorney for Plaintiff
             Richard Pierce, Attorney for Defendant


PROCEEDINGS:   MOTION TO EXTEND DEADLINES

Attorney Douglas Cushnie was present on behalf of Plaintiff. Defendants were represented by Attorneys Richard Pierce.

Court announced a tentative ruling.

Attorney Cushnie discussed with the Court the possible available dates for the revised scheduling order. Attorney Pierce agreed to prepare the order.

Court, after discussion, requested that Attorney Pierce prepare the order for the Court.

                                                       Adjourned 9:00 a.m.


                                                       /s/K. Lynn Lemieux, Courtroom Deputy