F I L E D
Clerk
District Court

SEP -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce
Richard W. Pierce, Law Office LLC
P.O. Box 503514 CK
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Email: rwpierce@saipan.com

Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Email: roberts@guamlawoffice.com

Attorneys for Defendant
Kan Pacific Saipan, Ltd.
dba Mariana Resort and Spa

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KOUICHI TANIGUCHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAN PACIFIC SAIPAN, LTD.,<br>dba Mariana Resort and Spa,<br><br>　　　　　Defendant. | Civil Action No. 08-0008<br><br>~~PROPOSED~~ ORDER FOLLOWING HEARING ON MOTION TO EXTEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE AND TO EXTEND CERTAIN OTHER DEADLINES |

On August 29, 2008, at 9:00 a.m. the Court held a hearing on Defendant Kan Pacific Saipan, Ltd.'s, motion to extend the existing September 1, 2008 deadline for disclosing its expert witnesses, and extending other case management deadlines.

Attorney Douglas F. Cushnie appeared on behalf of Plaintiff Kouichi Taniguchi, and Attorney Richard W. Pierce appeared on behalf of Kan Pacific Saipan, Ltd.

Without objection by the Plaintiff, the Court grants Defendant's motion to extend the existing September 1, 2008 deadline for disclosing its expert witnesses, and extends other case management deadlines.

The Court hereby orders:

1. Plaintiff's deposition is to be taken on or before October 20, 2008;

2. Defendant shall disclose its expert witnesses, if any, on or before November 10, 2008;

3. Defendant's expert witnesses may be deposed on or before November 24, 2008;

4. All fact witnesses are to be deposed on or before November 24, 2008;

5. All dispositive motions shall be filed to be heard no later than December 18, 2008;

6. The settlement conference set for December 19, 2008, will be heard on January 9, 2009, at 9:00 a.m., along with the pretrial conference; and

7. The conference set for September 26, 2008 will be held on October 24, 2008, 8:30 a.m.

SO ORDERED this 2ND day of September, 2008.

Alex R. Munson
Chief Judge

-2-